```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5

 6

 7                  UNITED STATES BANKRUPTCY COURT

 8                  NORTHERN DISTRICT OF CALIFORNIA

 9   IN RE:                         CASE No. 09-13181

10                                  CHAPTER 11
     HOSAIN AZIZIAN, and
11   FATEMEH H. AZIZIAN,
                                    MOTION TO DETERMINE SECURED
12                                  STATUS; DECLARATION OF FATEMEH
          DEBTORS.         /        AZIZIAN; MEMORANDUM OF POINTS
13                                  AND AUTHORITIES
                                    Date:  December 11, 2009
14                                  Time:  9:00 a.m.
                                    Place: 99 South E St.
15                                         Santa Rosa, CA

16

17       TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY

18  JUDGE:

19       HOSAIN AZIZIAN and FATEMEH H. AZIZIAN, Debtors herein, hereby

20  move the above entitled Court for an Order Determining the Secured

21  Status of the allowed claim of Aurora Loan Services, LLC (13

22  Margory Ct., Novato, CA 94947) pursuant to Section 506 of the Code

23  and the terms of the Chapter 13 Plan.

24       Said Motion is made on the grounds that the value of the

25  collateral is less than the allowed claim of such holder and that

26  the claim is unsecured in part.  Said allowed claim is secured as

27  to $250,000.

28       Said Motion is based hereon, on the appended Declaration of

                                 1
```

Fatemeh Azizian and on the Memorandum of Points and Authorities appended hereto.

Dated: 11/12/09                              DAVID N. CHANDLER, p.c.


                                             By: /s/ David N. Chandler
                                             DAVID N. CHANDLER,
                                             Attorney for Debtors

DECLARATION OF FATEMEH H. AZIZIAN

I, Fatemeh AZizian, declare and say:

1.  That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2.  I am one the Debtors in the above captioned matter and have an opinion of value of the subject real property based upon my ownership thereof.

3.  The real property located at 13 Margory Ct., Novato, California is real property owned by the estate consisting of a single family residence.

4.  Said real property has a current market value of $250,000 in my opinion.

5.  Based upon such value the allowed claim of claimant is unsecured in part and secured to the extent of the said value of the subject property.

Executed under penalty of perjury this 4th day of November, 2009 at Novato, California.

                                             /s/ Fatemeh Azizian
                                             Fatemeh Azizian, Debtor


MEMORANDUM OF POINTS AND AUTHORITIES

1.  An allowed claim of a creditor secured by a lien on property in which the estate has an interest is secured to the

extent of the value of such creditor's interest in the estate's interest in such property. 11 U.S.C. Section 506(a)(1).

2. To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void. Section 506(d).

3. Section 506(a) bifurcates a debt into secured and unsecured components. The secured component is the secured debt. In re Glenn, 786 F.2d 1144 (9th Cir. 1986).

4. It is respectfully submitted that the value of the collateral which is collateral for the claim of Aurora Loan Serving, LLC is as set forth herein and that the claimant's allowable claim is secured to the extent of the value of the subject property, $250,000, and unsecured as to the balance.

5. It is submitted that the collateral be valued as herein provided and that the secured component of the claim be determined.

Dated: 11/12/09  Respectfully submitted,

DAVID N. CHANDLER, p.c.


By: */s/ David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtors