```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5
 6
 7              UNITED STATES BANKRUPTCY COURT
 8              NORTHERN DISTRICT OF CALIFORNIA
 9
10  IN RE:                          Case No. 09-13181
11  HOSAIN AZIZIAN, and             Chapter 11
    FATEMEH H. AZIZIAN,
12                                  MOTION FOR DETERMINATION OF
                                    SECURED CLAIM; DECLARATION OF
13       DEBTORS.          /        FATEMEH AZIZIAN; MEMORANDUM
                                    OF POINTS AND AUTHORITIES
14                                  Date:  July 16, 2010
                                    Time:  9:00 a.m.
15                                  Place: 99 South E St.
                                           Santa Rosa, CA
16
17       TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:
18       Hosain and Fatemeh Azizian, Debtors herein, hereby move the above
19  entitled Court for an Order Determining Secured Claim of Golden
20  Security Bank in real property located at 1991 Broadway, Vallejo,
21  California.
22       Said Motion will be made on the grounds that the claim of Golden
23  Security Bank is secured by real property located at 1991 Broadway
24  Vallejo, California which property has a fair market value of
25  $215,000.  Said property is encumbered by secured taxes in senior
26  priority due the County of Solano in the amount of $8,000.00 and by
27  a Deed of Trust in favor of Golden Security Bank which balance exceeds
28  the value of the subject collateral.  The secured claim of Golden
    Security Bank is limited to the sum of $215,000.
```

The within Motion is made and based hereon, on the appended Declaration of Fatemeh Azizian, and the Points and Authorities appended hereto.

Dated: 6/14/10  DAVID N. CHANDLER, p.c.

By: /s/ David N. Chandler
DAVID N. CHANDLER,
Attorney for Debtors

DECLARATION OF FATEMEH AZIZIAN

I, Fatemeh Azizian, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am one of the Debtors in the above referenced matter.

3. The real property located at 1991 Broadway, Vallejo, California is property of the within estate and has a fair market value of $215,000.

4. The secured tax roll for the said property has an unpaid balance of $8,000.00.

5. Golden Security Bank holds the sole Deed of Trust encumbering the subject property and alleges in its Proof of Claim that it is due a balance in excess of $579,000.

6. Golden Security Bank is secured to the extent of $215,000 only.

Executed under penalty of perjury this 14th day of June, 2010 at Santa Rosa, California.

/s/ Fatemeh Azizian
Fatemeh Azizian

MEMORANDUM OF POINTS AND AUTHORITIES

1. An allowed claim of a creditor secured by a lien on property in which the estate has an interest is secured to the extent of the value of such creditor's interest in the estate's interest in such property. 11 U.S.C. Section 506(a)(1).

2. To the extent that a lien secures a claim against the debtor that is not an allowed secured claim, such lien is void. Section 506(d).

3. Section 506(a) bifurcates a debt into secured and unsecured components. The secured component is the secured debt. In re Glenn, 786 F.2d 1144 (9th Cir. 1986).

4. It is respectfully submitted that the value of the collateral which is collateral for the claim of Golden Security Bank is as set forth herein and that the claimant's allowable claim is secured to the extent of the value of the subject property, $215,000, and unsecured as to the balance.

5. It is submitted that the collateral be valued as herein provided and that the secured component of the claim be determined.

Dated: 6/14/10                    Respectfully submitted,

                                  DAVID N. CHANDLER, p.c.


                                  By: /s/ David N. Chandler
                                  DAVID N. CHANDLER,
                                  Attorney for Debtors