```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtors
 5
 6
 7                    UNITED STATES BANKRUPTCY COURT
 8                    NORTHERN DISTRICT OF CALIFORNIA
 9
     IN RE:                          CASE No. 09-13181
10
                                     CHAPTER 11
11   HOSAIN AZIZIAN, and
     FATEMEH H. AZIZIAN,             AMENDED
12                                   MOTION TO DETERMINE SECURED
                                     STATUS; DECLARATION OF FATEMEH
13          DEBTORS.         /       AZIZIAN; MEMORANDUM OF POINTS
                                     AND AUTHORITIES
14                                   Date: July 16, 2009
                                     Time: 9:00 a.m.
15                                   Place: 99 South E St.
                                            Santa Rosa, CA
16
17      TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY
18  JUDGE:
19      HOSAIN AZIZIAN and FATEMEH H. AZIZIAN, Debtors herein, hereby
20  move the above entitled Court for an Order Determining the Secured
21  Status of the allowed claims of Aurora Loan Services, LLC and Bank
22  of Marin (13 Margory Ct., Novato, CA 94947) pursuant to Section 506
23  of the Code and the terms of the Chapter 13 Plan.
24      Said Motion is made on the grounds that the value of the
25  collateral is less than the allowed claim of such holder and that
26  the claim is unsecured in part.  Said allowed claim is secured as
27  to $250,000.
28      Said Motion is based hereon, on the appended Declaration of
```

Fatemeh Azizian and on the Memorandum of Points and Authorities appended hereto.

Dated: 6/14/10            DAVID N. CHANDLER, p.c.

           By: */s/ David N. Chandler*
           DAVID N. CHANDLER,
           Attorney for Debtors

## DECLARATION OF FATEMEH H. AZIZIAN

I, Fatemeh Azizian, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am one the Debtors in the above captioned matter and have an opinion of value of the subject real property based upon my ownership thereof.

3. The real property located at 13 Margory Ct., Novato, California is real property owned by the estate consisting of a single family residence.

4. Said real property has a current market value of $250,000 in my opinion.

5. Based upon such value the allowed claim of Aurora Loan Services LLC is unsecured in part and secured to the extent of the said value of the subject property. The claim of Bank of Marin is wholly unsecured.

Executed under penalty of perjury this 14th day of June, 2010 at Santa Rosa, California.

           */s/ Fatemeh Azizian*
           Fatemeh Azizian, Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

1. An allowed claim of a creditor secured by a lien on

1 | property in which the estate has an interest is secured to the
2 | extent of the value of such creditor's interest in the estate's
3 | interest in such property.  11 U.S.C. Section 506(a)(1).

4 |     2.  To the extent that a lien secures a claim against the
5 | debtor that is not an allowed secured claim, such lien is void.
6 | Section 506(d).

7 |     3.  Section 506(a) bifurcates a debt into secured and
8 | unsecured components.  The secured component is the secured debt.
9 | <u>In re Glenn</u>, 786 F.2d 1144 (9th Cir. 1986).

10 |     4.  It is respectfully submitted that the value of the
11 | collateral which is collateral for the claim of Aurora Loan
12 | Serving, LLC is as set forth herein and that the claimant's
13 | allowable claim is secured to the extent of the value of the
14 | subject property, $250,000, and unsecured as to the balance.

15 |     5.  It is submitted that the collateral be valued as herein
16 | provided and that the secured component of the claim be determined.

Dated:   6/14/10                    Respectfully submitted,

                                    DAVID N. CHANDLER, p.c.


                                    By: /s/ David N. Chandler
                                    DAVID N. CHANDLER,
                                    Attorney for Debtors