```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5

 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE:                        Case No. 09-13181

11  HOSAIN AZIZIAN, and           CHAPTER 11
    FATEMEH H. AZIZIAN,
12

13     DEBTORS.            /      AMENDMENT TO CHAPTER 11 PLAN

14
```

15      Hosain Azizian and Fatemaeh H. Azizian, Debtors herein amend the
16  Chapter 11 Plan as follows:
17      5.07.    <u>Class 7 Claims are impaired.</u> Holders of allowed Class
18  7 claims shall retain their interest in the collateral. Said
19  collateral shall be surrendered upon confirmation of the Plan to such
20  holder in full satisfaction of the claim of such holder.  The stay as
21  provided in 11 U.S.C. § 362 shall be terminate upon entry of the Order
22  of Confirmation and such holder shall be entitled to exercise its
23  nonjudicial rights under the terms of the Deed of Trust.
24      5.08.    <u>Class 8 Claims are impaired.</u> Holders of allowed Class
25  8 claims shall retain their interest in the collateral. Said
26  collateral shall be surrendered upon confirmation of the Plan to such
27  holder in full satisfaction of the claim of such holder.  The stay as
28  provided in 11 U.S.C. § 362 shall be terminated upon entry of the

Order of Confirmation and such holder shall be entitled to exercise its nonjudicial rights under the terms of the Deed of Trust.

Dated:   6/24/10                    DAVID N. CHANDLER, p.c.


By: */s/ David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtors