```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 09-13181 |
| HOSAIN AZIZIAN, and<br>FATEMEH H. AZIZIAN, | Chapter 11 |
| DEBTORS.            / | <u>DECLARATION OF FATEMEH AZIZIAN</u> |

I, Fatemeh Azizian, declare and say:

1.   That if called as a witness, I am competent to testify to the forgoing matters from my own knowledge.

2.   That I am involved in the day to day operation of the gas station in Vallejo, California.

3.   As is demonstrated by the monthly operating reports, the business earns sufficient sums to pay operational expenses as well as the payments required under the Plan.

4.   The payment required on the secured indebtedness under the Plan has to be determined.  The estimated payment is a payment which the business operation can pay from its operating revenue.

5.   We project income as set forth in Exhibit A hereto.

Executed under penalty of perjury this 22nd day of July, 2010 at Vallejo, California.

                                                <u>/s/ Fatemeh Azizian</u>
                                                FATEMEH AZIZIAN

Hosain Azizian
Profit and Loss Projections
Aug-10

### Ordinary Income/Expense

#### Income

| | |
|---|---:|
| Gas Sales | 235,538 |
| Grocery - Taxable | 4,604 |
| Grocery - Non Taxable | 9,025 |
| Lotto | 5,800 |
| **Total Income** | **254,967** |

#### Costs of Goods Sold

| | |
|---|---:|
| Gasoline Purchase | 185,462 |
| Lotto | 4,172 |
| Purchases | 38,000 |
| **Total Costs of Goods Sold** | **227,634** |

**Gross Profit** — 27,333

#### Expense

| | |
|---|---:|
| Equipment Rental | 90 |
| Liability Insurance | 1,940 |
| License and Permit | 500 |
| Payroll Expenses | 3,500 |
| Repairs and Maintenance | 8,000 |
| Garbage | 297 |
| Gas and Electric | 2,300 |
| **Total Expenses** | **16,627** |

**Net Income** — 10,706

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |

**TOTAL** — **16,306**

EXHIBIT "A"

Hosain Azizian
Profit and Loss Projections
Sep-10

## Ordinary Income/Expense

### Income

| | |
|---|---:|
| Gas Sales | 239,345 |
| Grocery - Taxable | 4,802 |
| Grocery - Non Taxable | 8,017 |
| Lotto | 5,988 |
| **Total Income** | **258,152** |

### Costs of Goods Sold

| | |
|---|---:|
| Gasoline Purchase | 186,689 |
| Lotto | 4,251 |
| Purchases | 40,000 |
| **Total Costs of Goods Sold** | **230,940** |

**Gross Profit**     27,212

### Expense

| | |
|---|---:|
| Equipment Rental | 90 |
| Liability Insurance | 500 |
| License and Permit | 300 |
| Payroll Expenses | 3,400 |
| Repairs and Maintenance | 6,124 |
| Garbage | 297 |
| Gas and Electric | 2,300 |
| **Total Expenses** | **13,011** |

**Net Income**     14,201

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |
| **TOTAL** | **19,801** |

Hosain Azizian
Profit and Loss Projections
Oct-10

Ordinary Income/Expense
- Income
  - Gas Sales — 229,345
  - Grocery - Taxable — 4,213
  - Grocery - Non Taxable — 8,946
  - Lotto — 5,900
- Total Income — 248,404

- Costs of Goods Sold
  - Gasoline Purchase — 178,889
  - Lotto — 4,189
  - Purchases — 39,000
- Total Costs of Goods Sold — 222,078

Gross Profit — 26,326

- Expense
  - Equipment Rental — 90
  - Liability Insurance — 500
  - Workers' Comp. — 1,300
  - License and Permit — 250
  - Payroll Expenses — 3,400
  - Repairs and Maintenance — 5,700
  - Garbage — 297
  - Gas and Electric — 2,100
- Total Expenses — 13,637

Net Income — 12,689

Rent Collected — 2,000
Disabilities — 2,100
Cash Assistance from Relatives — 1,500
Total — 5,600

**TOTAL** — **18,289**

Hosain Azizian
Profit and Loss Projections
Nov-10

Ordinary Income/Expense
- Income
  - Gas Sales — 237,345
  - Grocery - Taxable — 4,064
  - Grocery - Non Taxable — 7,243
  - Lotto — 5,750
- Total Income — 254,402

- Costs of Goods Sold
  - Gasoline Purchase — 185,129
  - Lotto — 4,082
  - Purchases — 40,000
- Total Costs of Goods Sold — 229,211

Gross Profit — 25,191

- Expense
  - Equipment Rental — 90
  - Liability Insurance — 500
  - License and Permit — 350
  - Payroll Expenses — 3,500
  - Repairs and Maintenance — 6,000
  - Garbage — 297
  - Gas and Electric — 2,100
- Total Expenses — 12,837

Net Income — 12,354

Rent Collected — 2,000
Disabilities — 2,100
Cash Assistance from Relatives — 1,500
Total — 5,600

**TOTAL** — 17,954

Hosain Azizian  
Profit and Loss Projections  
Dec-10

Ordinary Income/Expense
- Income

| | | |
|---|---|---:|
| | Gas Sales | 235,762 |
| | Grocery - Taxable | 3,784 |
| | Grocery - Non Taxable | 7,165 |
| | Lotto | 5,800 |
| Total Income | | 252,511 |

- Costs of Goods Sold

| | | |
|---|---|---:|
| | Gasoline Purchase | 183,894 |
| | Lotto | 4,118 |
| | Purchases | 39,000 |
| Total Costs of Goods Sold | | 227,012 |

Gross Profit     25,499

- Expense

| | | |
|---|---|---:|
| | Equipment Rental | 90 |
| | Liability Insurance | 500 |
| | License and Permit | 500 |
| | Payroll Expenses | 3,500 |
| | Repairs and Maintenance | 6,400 |
| | Garbage | 297 |
| | Gas and Electric | 2,100 |
| Total Expenses | | 13,387 |

Net Income     12,112

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |
| **TOTAL** | **17,712** |

Hosain Azizian
Profit and Loss Projections
Jan-11

### Ordinary Income/Expense

#### Income

| | |
|---|---:|
| Gas Sales | 236,441 |
| Grocery - Taxable | 3,864 |
| Grocery - Non Taxable | 6,890 |
| Lotto | 5,900 |
| **Total Income** | **253,095** |

#### Costs of Goods Sold

| | |
|---|---:|
| Gasoline Purchase | 184,423 |
| Lotto | 4,189 |
| Purchases | 39,000 |
| **Total Costs of Goods Sold** | **227,612** |

**Gross Profit**    25,483

#### Expense

| | |
|---|---:|
| Equipment Rental | 90 |
| Liability Insurance | 500 |
| Workers' Comp. | 1,300 |
| License and Permit | 275 |
| Payroll Expenses | 3,400 |
| Repairs and Maintenance | 6,200 |
| Garbage | 279 |
| Gas and Electric | 2,100 |
| **Total Expenses** | **14,144** |

**Net Income**    11,339

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |
| **TOTAL** | **16,939** |

Hosain Azizian
Profit and Loss Projections
Feb-11

Ordinary Income/Expense
- Income
  - Gas Sales — 235,784
  - Grocery - Taxable — 3,879
  - Grocery - Non Taxable — 6,724
  - Lotto — 5,750
  - **Total Income — 252,137**

- Costs of Goods Sold
  - Gasoline Purchase — 183,911
  - Lotto — 4,082
  - Purchases — 40,000
  - **Total Costs of Goods Sold — 227,993**

Gross Profit — 24,144

- Expense
  - Equipment Rental — 90
  - Liability Insurance — 500
  - License and Permit — 500
  - Payroll Expenses — 3,500
  - Repairs and Maintenance — 6,100
  - Garbage — 297
  - Gas and Electric — 2,050
  - **Total Expenses — 13,037**

Net Income — 11,107

Rent Collected — 2,000
Disabilities — 2,100
Cash Assistance from Relatives — 1,500
Total — 5,600

**TOTAL — 16,707**

Hosain Azizian
Profit and Loss Projections
Mar-11

## Ordinary Income/Expense

### Income
| | |
|---|---:|
| Gas Sales | 236,493 |
| Grocery - Taxable | 3,987 |
| Grocery - Non Taxable | 6,918 |
| Lotto | 5,900 |
| **Total Income** | **253,298** |

### Costs of Goods Sold
| | |
|---|---:|
| Gasoline Purchase | 184,464 |
| Lotto | 4,189 |
| Purchases | 40,000 |
| **Total Costs of Goods Sold** | **228,653** |

**Gross Profit** — 24,645

### Expense
| | |
|---|---:|
| Equipment Rental | 90 |
| Liability Insurance | 500 |
| License and Permit | 300 |
| Payroll Expenses | 3,500 |
| Repairs and Maintenance | 5,900 |
| Garbage | 297 |
| Gas and Electric | 2,150 |
| **Total Expenses** | **12,737** |

**Net Income** — 11,908

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |

**TOTAL** — **17,508**

Hosain Azizian
Profit and Loss Projections
Apr-11

Ordinary Income/Expense
  Income
    Gas Sales                          237,025
    Grocery - Taxable                    3,856
    Grocery - Non Taxable                6,847
    Lotto                                5,850
  Total Income                         253,578

  Costs of Goods Sold
    Gasoline Purchase                  184,879
    Lotto                                4,153
    Purchases                           39,000
  Total Costs of Goods Sold            228,032

Gross Profit                            25,546

  Expense
    Equipment Rental                        90
    Liability Insurance                    500
    Workers' Comp.                       1,300
    License and Permit                     325
    Payroll Expenses                     3,400
    Repairs and Maintenance              6,000
    Garbage                                297
    Gas and Electric                     2,100
  Total Expenses                        14,012

Net Income                              11,534


Rent Collected                           2,000
Disabilities                             2,100
Cash Assistance from Relatives           1,500
Total                                    5,600

**TOTAL**                              **17,134**

Hosain Azizian
Profit and Loss Projections
May-11

Ordinary Income/Expense
- Income
  - Gas Sales — 240,125
  - Grocery - Taxable — 4,113
  - Grocery - Non Taxable — 6,937
  - Lotto — 5,900-
- Total Income — 257,075

- Costs of Goods Sold
  - Gasoline Purchase — 187,297
  - Lotto — 4,189
  - Purchases — 40,000
- Total Costs of Goods Sold — 231,486

**Gross Profit** — 25,589

- Expense
  - Equipment Rental — 90
  - Liability Insurance — 500
  - License and Permit — 375
  - Payroll Expenses — 3,500
  - Repairs and Maintenance — 5,800
  - Garbage — 297
  - Gas and Electric — 2,100
- Total Expenses — 12,662

Net Income — 12,927

Rent Collected — 2,000
Disabilities — 2,100
Cash Assistance from Relatives — 1,500
Total — 5,600

**TOTAL** — **18,527**

Hosain Azizian  
Profit and Loss Projections  
Jun-11

Ordinary Income/Expense
- Income

| | | |
|---|---|---:|
| | Gas Sales | 243,587 |
| | Grocery - Taxable | 4,210 |
| | Grocery - Non Taxable | 7,155 |
| | Lotto | 5,950 |
| Total Income | | 260,902 |

- Costs of Goods Sold

| | | |
|---|---|---:|
| | Gasoline Purchase | 189,997 |
| | Lotto | 4,224 |
| | Purchases | 40,000 |
| Total Costs of Goods Sold | | 234,221 |

Gross Profit      26,681

- Expense

| | | |
|---|---|---:|
| | Equipment Rental | 90 |
| | Liability Insurance | 500 |
| | License and Permit | 600 |
| | Payroll Expenses | 3,400 |
| | Repairs and Maintenance | 6,100 |
| | Garbage | 297 |
| | Gas and Electric | 2,200 |
| Total Expenses | | 13,187 |

Net Income      13,494

| | |
|---|---:|
| Rent Collected | 2,000 |
| Disabilities | 2,100 |
| Cash Assistance from Relatives | 1,500 |
| Total | 5,600 |
| **TOTAL** | **19,094** |

Hosain Azizian
Profit and Loss Projections
Jul-11

Ordinary Income/Expense
- Income
  - Gas Sales — 249,054
  - Grocery - Taxable — 4,309
  - Grocery - Non Taxable — 7,534
  - Lotto — 6,000
- Total Income — 266,897

- Costs of Goods Sold
  - Gasoline Purchase — 194,262
  - Lotto — 4,260
  - Purchases — 40,000
- Total Costs of Goods Sold — 238,522

Gross Profit — 28,375

- Expense
  - Equipment Rental — 90
  - Liability Insurance — 500
  - Workers' Comp. — 1,300
  - License and Permit — 350
  - Payroll Expenses — 3,500
  - Repairs and Maintenance — 6,000
  - Garbage — 297
  - Gas and Electric — 2,200
- Total Expenses — 14,237

Net Income — 14,138

Rent Collected — 2,000
Disabilities — 2,100
Cash Assistance from Relatives — 1,500
Total — 5,600

**TOTAL** — **19,738**