David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          Case No. 09-13181

HOSAIN AZIZIAN, and             CHAPTER 11
FATEMEH H. AZIZIAN,

___DEBTORS._____/         SECOND AMENDMENT TO CHAPTER 11 PLAN

        Hosain Azizian and Fatemaeh H. Azizian, Debtors herein amend the

Chapter 11 Plan filed 2/26/10 as amended 6/24/10 as follows:

        5.10.    Class 10 Claims are impaired. Holders of allowed Class

10 claims shall be paid an amount equal to such holders' interest in

the Debtors' interest in the collateral in monthly installments of

principle and interest at 7 percent per annum calculated and payable

based upon a thirty year full amortization.  The initial payment shall

be on the effective date of the Plan.  The obligation shall become all

due and payable ten (10) years from the effective date of the Plan.

Such holders shall retain their interest in the collateral.

Dated: 9/16/10                  DAVID N. CHANDLER, p.c.


                                By: /s/ David N. Chandler
                                DAVID N. CHANDLER,
                                Attorney for Debtors