```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 09-13181 |
| HOSAIN AZIZIAN, and<br>FATEMEH H. AZIZIAN, | CHAPTER 11 |
| ____DEBTORS._____/ | THIRD AMENDMENT TO CHAPTER 11 PLAN |

Hosain Azizian and Fatemaeh H. Azizian, Debtors herein amend the Chapter 11 Plan filed 2/26/10 as amended 6/24/10 and 9/16/10 as follows based upon the Memorandum re Plan Confirmation filed September 22, 2010:

5.10.    <u>Class 10 Claims are impaired.</u> Holders of allowed Class 10 claims shall be paid an amount equal to such holders' interest in the Debtors' interest in the collateral in monthly installments of principle and interest at 8.75 percent per annum calculated and payable based upon a thirty year full amortization.  The initial payment shall be on the effective date of the Plan.  The obligation shall become all due and payable ten (10) years from the effective date of the Plan.  Such holders shall retain their interest in the collateral.

The value of the real property located at Broadway, Vallejo,

California shall be the sum of $250,000.

Dated: 9/28/10                          DAVID N. CHANDLER, p.c.


                                        By: /s/ David N. Chandler
                                        DAVID N. CHANDLER,
                                        Attorney for Debtors