David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: | Case No. 09-13181 |
|---|---|
| HOSAIN AZIZIAN, and FATEMEH H. AZIZIAN, | CHAPTER 11 |
| DEBTORS.        / | MOTION TO DETERMINE SECURED STATUS; DECLARATION OF FATEMEH AZIZIAN; MEMORANDUM OF POINTS AND AUTHORITIES |
| | Date:  December 3, 2010 |
| | Time:  9:00 a.m. |
| | Place: 99 South E St. Santa Rosa, CA |

TO: HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY JUDGE:

Fatemeh and Hosain Azizian, Debtors herein, hereby move the above entitled Court for an Order Determining the Secured Status of the allowed claim of Citibank Mortgage (6 Via El Verano, Tiburon, CA) pursuant to Section 506 of the Code and the terms of the Chapter 11 Plan.

Said Motion is made on the grounds that the value of the collateral is less than the allowed claim of the beneficiary secured by the first priority Deed of Trust and that the claim of Citibank secured by a second priority Deed of Trust is wholly unsecured. Said allowed claim of Citibank Mortgage is unsecured.

Said Motion is based hereon, on the appended Declaration of

1 | Fatemeh Azizian and on the Memorandum of Points and Authorities
2 | appended hereto.
3 | Dated:    10/29/10                          DAVID N. CHANDLER, p.c.

By: */s/ David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtors

DECLARATION OF FATEMEH AZIZIAN

I, Fatemeh Azizian, declare and say:

1. That if called as a witness, I am competent to testify to the within matters from my own knowledge.

2. I am one of the Debtors in the above captioned matter and have an opinion of value of the subject real property based upon my ownership thereof.

3. The real property located at 6 Via El Verano, Tiburon, California is real property owned by my husband and me consisting of a single family residence.

4. Said real property had a current market value of in my opinion as of the commencement of this case of $1,115,000. Real property values in Marin County have declined since the commencement of the case.

5. Washington Mutual, now Chase, holds the first priority Deed of Trust on the subject property. Chase's Proof of Claim states that it was due the sum of $1,205,000 as of November 7, 2009. Since that time arrears have accrued that are provided to be paid over 60 months in the Plan of approximately $62,450.00. Taxes were not paid on the subject property and were in arrears. Said Deed of Trust is recorded in the official records of County of Marin, Document No. 2006-0035524,

1  on June 6, 2006.

2      6.  Based upon such value the collateral located at 6 Via El
3  Verano, Tiburon, California, the claim of claimant filed as Claim 15-1
4  on December 18, 2009 is wholly unsecured.

5      Executed under penalty of perjury this 28th day of October, 2010
6  at Tiburon, California.

                                    /s/ Fatemeh Azizian
                                   Fatemeh Azizian, Debtor


                    MEMORANDUM OF POINTS AND AUTHORITIES

    1.  An allowed claim of a creditor secured by a lien on property
in which the estate has an interest is secured to the extent of the
value of such creditor's interest in the estate's interest in such
property.  11 U.S.C. Section 506(a)(1).

    2.  To the extent that a lien secures a claim against the debtor
that is not an allowed secured claim, such lien is void.  Section
506(d).

    3.  Section 506(a) bifurcates a debt into secured and unsecured
components.  The secured component is the secured debt.  In re Glenn,
786 F.2d 1144 (9th Cir. 1986).

    4.  The Chapter 11 Plan provides that the claim of Citibank
Mortgage will be determined under Section 506 and paid the value of
the creditor's interest in the Debtors' interest.

    5.  It is respectfully submitted that the value of the
collateral which is collateral for Citibank Mortgage is as set forth
herein and that the claimant's allowable claim is wholly unsecured.

    6.  It is submitted that the collateral be valued as herein
provided, that the claim of Citibank Mortgage be determined to be

1  unsecured, and that the lien of Citibank Mortgage on real property
2  located at 6 Via El Verano, Tiburon, California be avoided pursuant
3  to Section 506.

4  Dated:    10/29/10                    Respectfully submitted,
                                         DAVID N. CHANDLER, p.c.

                                         By: */s/ David N. Chandler*
                                         DAVID N. CHANDLER,
                                         Attorney for Debtor